# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WILLIAM O. WHALEY § | |
| § | |
| v. § | Civil Action No. 4:17-CV-637 |
| § | |
| COMMISSIONER, SSA § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2018, the report of the Magistrate Judge (Dkt. #13) was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security be **AFFIRMED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. It is, therefore, **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

SIGNED this the 24th day of September, 2018.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE